UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTEREY COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:16-cv-2021 KJM CKD P<br><br><br><br>ORDER |

    Plaintiff, a California prisoner proceeding pro se, has filed a civil action challenging conditions of confinement at the California Substance Abuse Treatment Facility in Corcoran.[1] Corcoran is in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

---

[1] Plaintiff's complaint is submitted on the court's form-application for a writ of habeas corpus under 28 U.S.C. § 2254 which is used by state prisoners challenging their confinement or duration thereof. See Nettles v. Grounds, 830 F.3d 922, 927 (9th Cir. 2016). However, to the extent plaintiff states any claim upon which relief might be granted, plaintiff challenges the conditions at his place of confinement. While plaintiff asks for release from prison as a result of the conditions of his confinement, nothing suggests an adequate remedy would be, at most, transfer to a different prison.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: January 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
serm2021.fres

2